# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-21-00108-CV

---

**Luminant Energy Company LLC, Appellant**

**v.**

**Public Utility Commission of Texas, Appellee**

---

### ON DIRECT APPEAL FROM THE PUBLIC UTILITY COMMISSION OF TEXAS
### PUC PROJECT NO. 51812

---

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Luminant Energy Company, LLC, and appellee the Public Utility Commission of Texas, along with intervenors, have jointly filed a motion to abate this cause "through and until March 3, 2022." We grant the motion and abate the appeal. Appellant Luminant Energy Company, LLC, is ordered to file a motion to reinstate or otherwise update the Court on the status of the case on or before March 11, 2022. Failure to do so may result in dismissal of the appeal. *See* Tex. R. App. P. 42.3(c).

It is so ordered on December 9, 2021.

Before Justices Goodwin, Baker, and Smith

Abated

Filed:   December 9, 2021